# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**318**
**CA 11-01302**
PRESENT: SMITH, J.P., CARNI, LINDLEY, AND SCONIERS, JJ.

---

JASON BURLEW, ET AL., PLAINTIFFS,
AND RICHARD KATCHUK, PLAINTIFF-RESPONDENT,

V                                                          ORDER

TALISMAN ENERGY USA INC., DEFENDANT-APPELLANT.
(APPEAL NO. 2.)

---

HARRIS BEACH PLLC, ALBANY (JOHN T. MCMANUS OF COUNSEL), FOR
DEFENDANT-APPELLANT.

WILLIAMSON, CLUNE & STEVENS, ITHACA (JOHN H. HANRAHAN, III, OF
COUNSEL), FOR PLAINTIFF-RESPONDENT.

---------------------------------------------------------------------------------------------------------

Appeal from a judgment of the Supreme Court, Steuben County
(Kenneth R. Fisher, J.), entered April 19, 2011 in a breach of
contract action. The judgment awarded plaintiff Richard Katchuk the
sum of $418,416.64 against defendant.

It is hereby ORDERED that the judgment so appealed from is
unanimously affirmed without costs for reasons stated in the decision
at Supreme Court.

Entered:  March 16, 2012                          Frances E. Cafarell
                                                  Clerk of the Court